UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

SEP 10 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

JAMES CROWE

Plantiff,

vs.

JERMAINE LEWIS
MADISON GUTHRIE
BRIAN MUTH
~~JOHNNY JENNINGS~~

Defendant(s).

COMPLAINT

Case No. _____

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

✓ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: JAMES CROWE
   Address: 801 E. 4th ST. Charlotte, NC 28208
   Mailing address P.O. Box 34429 Charlotte, NC 28234

2. Name of Defendant: JERMAINE LEWIS
   Address: 601 E. TRADE ST.

   Is employed as Police Officer at CMPD
   (Position/Title)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ____, if "YES" briefly explain:
J. Lewis parked his cruiser in front of 2 security officers and I while we were casually speaking with one another and he with the help of PD multiple other officers placed me under arrest

3. Name of Defendant: MADISON GUTHRIE
   Address: 601 E. TRADE St.

   Is employed as Detective at CMPD
   (Position/Title)      (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ____, if "YES" briefly explain:
   When I was put under arrest illegally she refused to release my phones searched them illegally and my 4th and 5th U.S. Constitutional amendments were violated

4. Name of Defendant: BRIAN MUTH
   Address: ____

   Is employed as Parole officer at CMPPO
   (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ____, if "YES" briefly explain:
   B MUTH is an parole officer and held me past the time of parole as well had me sent to prison and put me on an anckle monitor violating protocol + procedure outlined in NC65 did so multiple times.

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I was made subject to malicious prosecution, illegal detainment, false and wrongful arrest, illegal search and seizure, violation of mine due process, false imprisonment, sent to prison when all charges were dropped in court. Was given a flat release because I was not supposed to be on parole nor in prison and all charges were dropped stemming from Dec. 25, 2023. The day of the incident

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

- a. (1) Count 1: **False Arrest**
  (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
  **Put under arrest by false pretenses**

- b. (1) Count 2: **Illegal detainment**
  (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
  **Forced into cuffs without probable cause against my will**

## E. INJURY

How have you been injured by the actions of the defendant(s)?

By violation of my 4th Amendment I loss property, time I can't back, and had my life liberty and limb placed in jeopardy without probable cause due to false and wrongful arrest being subject to illegal detainment and false imprisonment by way of violation of mine due process. Acting as a clog in the How to STOP JAMES CROW Esq. Act. and received many injuries from the Day of arrest to release

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
                                  Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____  NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

$15 million dollars /USD
Replacement of everything that was taken and loss/destroyed
10 for the declaretory decree that was broken for I being Rex. Title of king and Royal bloodline inheritor of the position Benjamin Abraham Crowe aka Osama Ben Sira Ladine/Laden passed down to me who was also CIA. In total $25 million

JURY TRIAL REQUESTED   YES _____   NO ✓

Signed at __MCSO Jail Central__ on __Sept. 7th, 2025__.
            (Location)                              (Date)

_____James Crowe_____
Signature

Address: 801 E. 4th St. Charlotte, NC 28202
         Mailing Address P.O. Box 34929 Charlotte, NC 28234
Phone:
E-Mail: james.crowe324@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

_____

_____

_____

_____

_____

This the _____ day of _____, 20_____.

_____
Signature

_____
(Print Name)